# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '21 MJ02404 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. § 952 and 960 |
| AVILA, Anthony | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about June 12, 2021, within the Southern District of California, defendant, Anthony AVILA, did knowingly and intentionally import a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about June 12, 2021, within the Southern District of California, defendant, Anthony AVILA, did knowingly and intentionally a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent CHRISTIAN ALVA
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1. this 14th of June 2021.

Allison H. Goddard
U.S. MAGISTRATE JUDGE

United States of America
            vs.
Anthony AVILA

### AMENDED PROBABLE CAUSE STATEMENT

I, Special Agent Christian Alva, declare under penalty of perjury, the following is true and correct:

On June 12, 2021, at approximately 4:19 AM, Anthony AVILA, a United States Citizen, applied for entry into the United States through the Otay Mesa Port of Entry, San Diego, CA. AVILA was the driver, sole occupant, and registered owner of a 2008 Nissan vehicle bearing California license plates.

A Customs Border Protection Officer (CBPO) was assigned primary inspection duties on vehicle lane six when he came into contact with AVILA and the vehicle he was driving. The CBPO stated AVILA presented a valid California driver's license. The CBPO stated AVILA provided two negative customs declarations and claimed to be traveling home to Santa Ana, California. The CBPO stated AVILA said the purpose of his trip to Mexico was to drop off his friend at the airport. The CBPO stated he referred AVILA and the vehicle he was driving to the secondary inspection lot, based on a computer-generated referral.

A Canine Enforcement Team was conducting secondary inspection operations when the Narcotic and Human Detector Dog alerted to the rear undercarriage of the vehicle.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the spare tire, rear passenger seats and passenger side rear quarter panel of the vehicle.

Further inspection of the vehicle resulted in the discovery of 78 total packages concealed within the vehicle and spare tire. 3 of the packages contained a substance, a sample of which field tested positive for the characteristics of heroin, with a total approximate weight of 3.34

kilograms (7.35 pounds); 75 of the packages contained a substance, a sample of which field tested positive for the characteristics of methamphetamine, with a total approximate weight of 36.42 kilograms (80.14 pounds).

During a post-arrest statement, defendant denied knowledge of the narcotics in the vehicle. However, he stated that he loaded the spare tire onto the vehicle.

AVILA was arrested and charged with violation(s) of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and is due to be booked into the Metropolitan Correction Center, San Diego, California.

United States of America

vs.

Anthony AVILA

## PROBABLE CAUSE STATEMENT

I, Special Agent Christian Alva, declare under penalty of perjury, the following is true and correct:

On June 12, 2021, at approximately 4:19 AM, Anthony AVILA, a United States Citizen, applied for entry into the United States through the Otay Mesa Port of Entry, San Diego, CA. AVILA was the driver, sole occupant, and registered owner of a 2008 Nissan X-Terra bearing California license plates.

A Customs Border Protection Officer (CBPO) was assigned primary inspection duties on vehicle lane six when he came into contact with AVILA and the vehicle he was driving. The CBPO stated AVILA presented a valid California driver's license. The CBPO stated AVILA provided two negative customs declarations and claimed to be traveling home to Santa Ana, California. The CBPO stated AVILA said the purpose of his trip to Mexico was to drop off his friend at the airport. The CBPO stated he referred AVILA and the vehicle he was driving to the secondary inspection lot, based on a computer-generated referral.

A Canine Enforcement Team was conducting secondary inspection operations when the Narcotic and Human Detector Dog alerted to the rear undercarriage of the vehicle.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the spare tire, rear passenger seats and passenger side rear quarter panel of the vehicle.

Further inspection of the vehicle resulted in the discovery of 78 total packages concealed within the vehicle and spare tire. 3 of the packages contained a substance, a sample of which field tested positive for the characteristics of heroin, with a total approximate weight of 3.34

kilograms (7.35 pounds); 75 of the packages contained a substance, a sample of which field tested positive for the characteristics of methamphetamine, with a total approximate weight of 36.42 kilograms (80.14 pounds).

AVILA was arrested and charged with violation(s) of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and is due to be booked into the Metropolitan Correction Center, San Diego, California.

Executed on June 12, 2021 at approximately 2:30PM at Otay Mesa.

Christian Alva, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 4 pages, I find probable cause to believe the defendant, Anthony AVILA, named in this probable cause statement committed the offense on June 12, 2021 in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

Allison H. Goddard

June 12, 2021  3:10 pm

Allison H. Goddard
United States Magistrate Judge

Date/Time